CITY OF BUFFALO, Appellant, *v.* EASTERN STEAMSHIP COMPANY, LIMITED, Respondent.

Argued November 15, 1937; decided November 30, 1937.

*Gregory U. Harmon, Corporation Counsel (Frank C. Westphal* of counsel), for appellant.

*Laurence E. Coffey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.